UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

    v.

EAST TEXAS BAPTIST UNIVERSITY,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-01461-LJL

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, EAST TEXAS BAPTIST UNIVERSITY.

Dated:  New York, New York
        July 10, 2024

**GOTTLIEB & ASSOCIATES  PLLC**

s/Jeffrey M. Gottlieb
Jeffrey M. Gottlieb, Esq (JG-7905)
Dana L. Gottlieb, Esq. (DG-6151)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge